IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDSI M. ZUMWALT,

       Plaintiff,

v.   No. 1:20-cv-01276-KWR-LF

New Mexico State Police Officer,
DANIEL EVANS, and the
NEW MEXICO DEPARTMENT OF PUBLIC SAFETY,

       Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' *Joint Motion to Dismiss with Prejudice* (**Doc. 65**) filed **November 2, 2022**, and the Court being fully advised in the premises, **FINDS** that the Motion is **WELL-TAKEN** and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**